**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 3, 2016**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **SHANE BROWNE,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1201(a)(1)** |
| **Defendant.** | : | **(Kidnapping)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| | : | **(Using, Carrying, Possessing and** |
| | : | **Brandishing a Firearm During a Crime of** |
| | : | **Violence)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about December 11, 2017, within the District of Columbia and elsewhere, **SHANE BROWNE** did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold Ulises Flores for purposes of transportation across state lines and, in committing or in furtherance of the commission of the offense, Ulises Flores was willfully transported and traveled in interstate commerce from the State of Maryland into the District of Columbia.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

## <u>COUNT TWO</u>

On or about December 11, 2017, within the District of Columbia and elsewhere, **SHANE BROWNE** did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment, which is incorporated herein, that is, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.