UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE BROWNE,<br><br>Defendant. | Criminal No. 17-CR-241 (TNM) |

DEFENDANT SHANE BROWNE'S MOTION
FOR INEFFECTIVE ASSISTANCE OF COUNSEL

Defendant Shane Browne, by and through his attorney, respectfully requests that the Court allow him to develop a full record on ineffective assistance of counsel, find ineffective assistance of counsel in reversing the trial verdict on count 1, kidnapping, and grant him a new trial. A Memorandum of Points and Authorities is incorporated by reference.

July 6, 2021

Respectfully submitted,

*/s/ Max Maccoby*
Max Maccoby, DC Bar 462064
Washington Global Law Group PLLC
1701 Pennsylvania Ave. #200
Washington, DC 20006
773-960-8988 (cell)
maccoby@washglobal-law.com
*Counsel for Defendant Shane Browne*

1

## **CERTIFICATE OF SERVICE**

On July 6, 2021, I hereby certified that a true copy of the foregoing was served on the United States of America:

>Sara Vanore
>Assistant United States Attorney
>555 4th Street NW
>Washington, DC 20530
> (202) 252-7102 (office)
> (202) 740-3265 (cell – telework)
>sara.vanore@usdoj.gov

>*/s/ Max Maccoby*